JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERESA MERCADO NEGRETE, | ) Case No. CV 10-01534-RGK (Ex) |
|---|---|
| Plaintiff(s), | ) |
| VS. | ) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| OWN IT MORTGAGE, et al., | ) |
| Defendant(s). | ) |

On July 23, 2010, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. Plaintiff was ordered to respond in writing on or before August 5, 2010. As of this date, no response has been filed. Therefore, the case is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 9, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE